BEFORE THE SECOND DIVISION, JANUARY 31, 1947

**No. 51544.**—Protests 964697–G, etc., of Julius Kayser & Co. (New York).

Opinion by KINCHELOE, J. It was stipulated that the merchandise is the same in all material respects as the gloves which were the subject of *United States* v. *Julius Kayser & Co.* (33 C. C. P. A. 179, C. A. D. 333). In accordance therewith the claim of the plaintiff was sustained.

**No. 51545.**—Protests 120157–K, etc., of Associated Merchandise Corp. et al. (New York).

Opinion by KINCHELOE, J. Following the authorities cited in Abstract 15400 the court dismissed the protests.

**No. 51546.**—Protests 127257–K, etc., of Phil Kronfeld, Inc., et al. (New York).

Opinion by KINCHELOE, J. Following the authorities cited in Abstract 15400 the court dismissed the protests.